IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CLAY DAVIS, § § § *Plaintiff*, § § v. § § INTERNATIONAL PAPER COMPANY, § MANCEL SPRAYBERRY, JOHN § SPRAYBERRY b/d/a JWK LOGGING, § SCOTTY PRINCE d/b/a PINELAND § FORESTRY SERVICES, § § *Defendants*. § | CIVIL ACTION NO. 2:18-CV-00128-JRG |

## ORDER

Before the Court is Plaintiff is Clay Allen Davis' ("Davis") and Defendants Mancel Sprayberry's, International Paper Company's, John Sprayberry d/b/a JWK Logging's, and Scotty Prince d/b/a Pineland Forestry Services' (collectively, "Defendants") (together, "Parties") Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (the "Stipulation"). (Dkt. No. 156.) Having considered the same, the Court is of the opinion that the Stipulation should be and hereby is **APPROVED**.

It is therefore **ORDERED** that:

1. Any and all claims and counterclaims between Davis and the Defendants in the above-styled case are hereby **DISMISSED WITH PREJUDICE**;

2. The Parties shall each bear their own attorney's fees, expenses, and costs;

3. The ad litem fee in this matter is taxed against Davis; and

4. Any and all pending motions that have not been resolved by the Court are hereby **DENIED-AS-MOOT**.

Accordingly, the Clerk is directed to **CLOSE** the above-styled case.

**So ORDERED and SIGNED this 22nd day of April, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE